IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TAREK ISAAK MENTOURI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| THE JOINT CORP., d/b/a THE JOINT CHIROPRACTIC MANAGEMENT COMPANY; 101 WELLNESS VENTURES, PLLC; NASHVILLE PHOENIX, PC, | ) ) ) Case No. 3:20-cv-01098 ) ) ) ) |
| Defendants. | ) |

**THE JOINT CORP.'S MOTION TO DISMISS
PLAINTIFF'S AMENDED COMPLAINT**

Pursuant to Rule 12(b)(6), Defendant The Joint Corp. respectfully moves this Court for and Order dismissing Plaintiff Tarek Isaak Mentouri's Amended Complaint as against The Joint Corp. In support of its Motion, The Joint Corp. states that Plaintiff has sued the wrong party. The Joint Corp. is not the owner of the chiropractic clinic location in question, does not employ the physician in question, and has taken no action, adverse or otherwise, against Plaintiff. Accordingly, The Joint Corp. is entitled to a dismissal with prejudice.

In further support of this Motion, The Joint Corp. relies on its Memorandum of Law, filed contemporaneously herewith.

Respectfully submitted,

 *s/ Lauren Paxton Roberts*
Lauren Paxton Roberts (BPR No. 025049)
Rachel Dix Bishop (BPR No. 035586)
STITES & HARBISON, PLLC
401 Commerce Street, Suite 800
Nashville, TN 37219
Telephone: (615) 782-2284
Email: lauren.roberts@stites.com;
rbishop@stites.com
*Counsel for Defendant, The Joint Corp.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2021, a true and correct copy of the foregoing Motion to Dismiss was filed electronically with the Clerk's office using the CM/ECF system which will serve such filing on the following counsel of record and/or U.S. Mail:

Tarek Isaak Mentouri
1801 Glade Street
Nashville, TN 37027
Tmento01@gmail.com
Michael E. Auffenorde
*Pro Se Plaintiff*

*s/ Lauren Paxton Roberts*
Counsel for The Joint Corp.