IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TAREK ISAAK MENTOURI | ) |
| | ) |
| v. | ) NO. 3:20-01098 |
| | ) |
| THE JOINT CORP., d/b/a THE JOINT | ) |
| CHIROPRACTIC MANAGEMENT | ) |
| COMPANY, et al. | ) |

## **O R D E R**

By Order entered January 5, 2021 (Docket Entry No. 6), this *pro se* action was referred to the Magistrate Judge for pretrial proceedings under 28 U.S.C. §§ 636(b)(1), Rule 72(b) of the Federal Rules of Civil Procedure, and the Local Rules of Court.

Pursuant to Rule 26(a)(1)(A) of the Federal Rules of Civil Procedure, the parties in this action are exempt from the initial disclosures required by Rule 26(a) and the requirements of Rule 26(f). Pursuant to Local Rule 16.01(c)(1), this case is also exempt from customized case management because Plaintiff is proceeding *pro se*. The Court will enter a separate scheduling order setting out deadlines for the progression of this case after Defendants answer or respond to the complaint.

Plaintiff is advised that he is responsible for serving each Defendant with a summons and the complaint, in compliance with Rule 4 of the Federal Rules of Civil Procedure. In accordance with Rule 4(m), he must serve each Defendant with a summons and the complaint within 90 days of the date his complaint was filed, unless this time is extended by the Court upon a showing of good cause, or this case will be dismissed.

Pending before the Court is a motion to dismiss filed by the Joint Corp. d/b/a The Joint Chiropractic in which it argues that it is not the entity identified in the complaint and has been erroneously sued in this lawsuit. *See* Docket Entry No. 8. Plaintiff shall file a response to the motion no later than February 15, 2021, that addresses the specific argument raised in the motion.

Failure to file a response may result in the motion being granted. Defendant is granted leave to file a reply within five (5) days of Plaintiff's response. No sur-reply from Plaintiff is permitted.

So ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge