# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| TAREK ISAAK MENTOURI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:20-cv-01098 |
| ) | |
| THE JOINT CORP., d/b/a THE JOINT ) | JUDGE CAMPBELL |
| CHIROPRACTIC MANAGEMENT ) | MAGISTRATE JUDGE HOLMES |
| COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 17), which was filed on July 21, 2021. Through the Report and Recommendation, the Magistrate Judge recommends that the Motion to Dismiss filed by Defendant The Joint Corp. (Doc. No. 8) be granted, that The Joint Corp. be dismissed from this action, and that Plaintiff's ADA claim be dismissed as to all Defendants for failure to state a legal claim for relief. Although the Report and Recommendation advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation and concludes it should be adopted and approved. Accordingly, the Motion to Dismiss (Doc. No. 8) is **GRANTED**, Defendant The Joint Corp. is **DISMISSED** from this action, and Plaintiff's ADA claim is **DISMISSED** as to all Defendants.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE