IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TAREK ISAAK MENTOURI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:20-cv-01098 |
| ) | |
| THE JOINT CORP., d/b/a THE JOINT ) | JUDGE CAMPBELL |
| CHIROPRACTIC MANAGEMENT ) | MAGISTRATE JUDGE HOLMES |
| COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Through prior Order (Doc. No. 28), the Court inadvertently directed the Clerk to close the file. The Clerk is directed to reopen the file in this matter.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE