Hi, I have two requests:
1) Do not list my middle name on my cases, so only say "Tarek Mentouri."
2) My new address is 622 Bedfort Dr Duluth, GA 30096.

Please update this on all my cases which should include. No. 3:21-cv-00876, 3:21-cv-00383, 3:19-cv-1076, 3:20-cv-1098

RECEIVED

FEB 01 2022

U.S. District Court
Middle District of TN

505638-1377-364-PRI
Tarek Mentouri
622 Bedfort Dr
Duluth, GA 30096-2674

3***************AUTO**MIXED AADC 480

Clerk's Office
Nashville Federal Court
801 Broadway Ste 800
Nashville, TN 37203-3869

RECEIVED
FEB 01 2022
U.S. District Court
Middle District of TN



Presorted
First-Class Mail
U.S. Postage Paid
C2M LLC
22202

RECEIVED

FEB 01 2022

U.S. District Court
Middle District of TN