**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **TAREK ISAAK MENTOURI,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **NO. 3:20-cv-01098** |
| | ) | |
| **THE JOINT CORP., d/b/a THE JOINT** | ) | **JUDGE CAMPBELL** |
| **CHIROPRACTIC MANAGEMENT** | ) | **MAGISTRATE JUDGE HOLMES** |
| **COMPANY, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Pending before the Court is the Magistrate Judge Holmes' Report and Recommendation, which was filed on September 15, 2023, recommending that this action be dismissed without prejudice for failure to prosecute. (Doc. No. 31). Although the Report and Recommendation advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation and concludes it should be adopted and approved. Accordingly, this action is **DISMISSED** without prejudice. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE